NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BELL'S BREWERY, INC.,**
*Appellant,*

**v.**

**BELL HILL VINEYARDS, LLC,**
*Appellee.*

---

2010-1280
(Opposition No. 91177980)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**JUDGMENT**

---

BRUCE R. EWING, Dorsey & Whitney LLP, of New York, New York, argued for appellant.

PHILIP C. OLSSON, Olsson Frank Weeda Terman Bode Matz PC, of Washington, DC, argued for appellee. With him on the brief was GARY H. BAISE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PLAGER, and PROST, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| December 13, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |